UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JESUS HERNANDEZ VAZQUEZ,

Petitioner,

v.

CAUSE NO. 3:25cv1066 DRL-SJF

BRIAN ENGLISH, Warden of Miami
Correctional Facility,

Respondent.

## ORDER

Upon review of the notice (ECF 21) filed by immigration detainee Jesus Hernandez

Vazquez, by counsel, the court DENIES AS MOOT his "Emergency Motion to Enforce the

Court's Ruling" (ECF 18).

SO ORDERED.

April 1, 2026                                    *s/ Damon R. Leichty*
                                                 Judge, United States District Court